Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,          )
                                      )
          Plaintiff,     vs.          )   Case No.:  8:11-CV-01720-WDK-FMOx
                                      )
CONCEPCION DEDIOS, et al,             )   **RENEWAL OF JUDGMENT BY CLERK NUNC PRO TUNC**
                                      )   **TO MARCH 25, 2023, PER ORDER, [25]**
          Defendant,                  )
                                      )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Concepcion Dedios, an individual d/b/a La Cascada and Maria Silva Dedios, an individual d/b/a La Cascada, entered on March 25, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 6,250.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **6,250.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **6,250.00** |
| f. | Interest after judgment (.15%) | $ | 93.80 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **6,343.80** |

Dated: October 2, 2023,           CLERK, by Deputy ___Sharon Hall Brown___
NUNC PRO TUNC TO March
25, 2023, PER ORDER, [25]         Kiry A. Gray,
                                  Clerk of U.S. District Court

Renewal of Judgment